# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>MIKAEL ALABBASSI,<br><br>Defendant. | ) | Case No. 6:25-PO-00001-HBK<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:** Expired registration; Driving on suspended license; unlicensed driver; Excessive speed

**Sentence Date:** September 16, 2025

**Review Hearing Date:** September 8, 2026

**Probation Expires On:** September 16, 2027

***<u>CONDITIONS OF UNSUPERVISED PROBATION:</u>***

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,440.00 which Total Amount is made up of a Fine: $ 1,400.00 Special Assessment: $40.00 Processing Fee: $ Choose an item. Restitution: $

☒ Payment schedule of $ 100.00 per month by the 15th of each month.

☒ **Community Service hours Imposed of:** 10 hours

☒ **Other Conditions:** obey all laws

***<u>COMPLIANCE:</u>***

☒ Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**<u>Otherwise:</u>**

☒ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☒ To date, Defendant has paid a total of $ $1,440.00
☐ If not paid in full when was last time payment: Date: Click here to enter a date.
Amount:

☒ To date, Defendant has performed 10 hours of community service.

☒ Compliance with Other Conditions of Probation: All terms

***GOVERNMENT POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☐ that the review hearing set for Click here to enter a date. at Choose an item.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☒ be vacated.

☒ that Defendant's appearance for the review hearing be waived.

DATED: 8/25/2026

DANIEL L. HARRALSON, DEFENDANT'S COUNSEL

**O R D E R**

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED. The Court orders that Choose an item.

☒ DENIED. Defendant and counsel may appear by videoconference for the review hearing.

DATED: 9/2/2026

HELENA M. BARCH-KUCHTA
United States Magistrate Judge

Catalina Island Humane Society

# COMMUNITY SERVICE LOG - HOURS

| DATE | TIME IN | TIME OUT | TOTAL HOURS | INITIAL |
|---|---|---|---|---|
| 4/16 | 1:00 | 3:00 | 2 hrs. | JSA |
| 4/29 | 5:00 | 8:00 | 3 hrs. | JSA |
| 4/30 | 3:00 | 7:00 | 4 hrs. | JSA |
| 5/2 | 5:00 | 8:00 | 3 hrs | JSA |
| 5/3 | 3:00 | 7:00 | 4 hrs | JSA |
| 5/7 | 1:00 | 5:00 | 4 hrs | JSA |

NAME OF VOLUNTEER: Mikael Alabbassi

NAME OF HUMANE SOCIETY REPRESENTATIVE: Jeannette [illegible]

SIGNATURE OF VOLUNTEER: [signature]

SIGNATURE OF HUMANE SOCIETY REPRESENTATIVE: [signature]